Klein, Appellant, *v.* Ginter.

Argued October 10, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Stewart B. Barmen,* with him *Raphael, Sheinberg & Barmen, P. A.,* for appellant.

No oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM, December 5, 1974:

Appeal hereby dismissed as having been improvidently granted.

Mr. Justice POMEROY dissents.